# United States District Court

_____ for the _____ DISTRICT OF __Massachusetts__

Charles Raso, Trustee of the Massachusetts
Bricklayers and Mason Health and Welfare,
Pension and Annuity Funds

V.

Uni-Con Floors, Inc. and John Pacheco

**SUMMONS IN A CIVIL CASE**

CASE NUMBER.

**05  10289 MLW**

TO: (Name and address of defendant)
   John Pacheco
   5 Granada Drive
   Westport, MA 02790

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Catherine M. Campbell, Esquire
   Feinberg, Campbell & Zack, P.C.
   177 Milk Stret
   Boston, MA 02109
   (617) 338-1976

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

FEB __ __5

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

NA

**Bristol County Deputy Sheriffs' Office** • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631

*Bristol, ss.*

February 28, 2005

I hereby certify and return that on 2/25/2005 at 08:41 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of John Pacheco, 5 Granada Drive Westport, MA 02790, and by mailing first class mail to the above-mentioned address on 2/25/2005. Copies ($4.00), Conveyance ($1.50), Travel ($22.70), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $61.45

Deputy Sheriff Paul M. Douglas

Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          Signature of Server

                                        _____
                                        Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.