UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES RASO, TRUSTEE )
OF THE MASSACHUSETTS BRICKAYERS )
AND MASONS HEALTH AND WELFARE, )
PENSION AND ANNUITY FUNDS, )
      Plaintiff )
 ) C.A. No. 05-10289MLW
v. )
 )
UNI-CON FLOORS, INC. AND )
JOHN PACHECO, )
      Defendants )

### UNI-CON FLOORS, INC.'S DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Now comes the Defendant, Uni-Con Floors, Inc., and pursuant to Local Rule 7.3 informs this court that Uni-Con Floors, Inc., has no parent corporation and no publicly held company owns 10% or more of its stock.

        Respectfully submitted,
        The Defendant, Uni-Con Floors, Inc.
        By its Attorney,

        John E. Zajac, Esquire
        *CARMICHAEL & ZAJAC, P.C.*
        170 High Street
        Taunton, MA 02780
        (508) 821-2552
        BBO # 560195

Dated:    April 13, 2005

### CERTIFICATE OF SERVICE

I, John E. Zajac, Esquire, hereby certify that on this 13th day of April, 2005, I have forward a true and accurate copy of the foregoing Defendant, Uni-Con Floors, Inc.'s Disclosure Statement Pursuant to Local Rule 7.3 via first class mail, postage prepaid, to the attorney of record for the Defendant, Catherine M. Campbell, Esquire, Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109.

        John E. Zajac, Esquire