## CARMICHAEL, ZAJAC & FLEURY, P.C.
### ATTORNEYS AT LAW

**David M. Fleury, Esquire**
**(508) 821-2552, Ext.14**
**E-mail: dmfesq@cs.com**

July 22, 2005

United States District Court
District of Massachusetts
Attention: Civil Clerk for Judge Mark L. Wolf
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: UNI-CON FLOORS, INC. et al v. CHARLES RASO, TRUSTEE OF THE MASSACHUSETTS BRICKLAYERS AND MASONS HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS
NO: 05-10289MLW

Dear Sir:

As you may recall, I am counsel for the Plaintiff in the above-encaptioned matter. I am in receipt of the Memorandum and Order and am responding thereto. Please accept my assent to reassigning this matter to Magistrate Judge Dein.

Thank you for your attention to this matter. Should you have any questions or concerns, please feel free to contact me.

Very truly yours,

Carmichael, Zajac & Fleury, P.C.

David M. Fleury, Esquire

C.c.   UCF, Inc.

---

170 HIGH STREET, TAUNTON, MASSACHUSETTS 02780

TELEPHONE: (508) 821-2552 -- FACSIMILE: (508) 821-2566 — E-MAIL: czfdk@cs.com

Trial Attorneys Practicing in the State and Federal Courts of Massachusetts and Rhode Island