UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CHARLES RASO,                        )
     Plaintiff,                      )
                                     )
     v.                              )    C.A. No. 05-10289-MLW
                                     )
UNICON FLOORS, INC. et al            )
     Defendant.                      )
```

ORDER

WOLF, D.J.                                            August 4, 2005

The parties in this case were asked whether they would consent to reassignment of this case for all purposes to Magistrate Judge Dein, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Plaintiff informed the court of its consent. Defendants did not respond and are, therefore, deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Dein for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT