UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

|  |  |
|---|---|
| CHARLES RASO, TRUSTEE )<br>of the MASSACHUSETTS BRICKLAYERS )<br>AND MASONS HEALTH AND WELFARE, )<br>PENSION AND ANNUITY FUNDS, )<br>                                                         )<br>              Plaintiff,                        )<br>                                                         )<br>v.                                                     )<br>                                                         )<br>UNI-CON FLOOR, INC. and JOHN PACHECO )<br>              Defendants.                 )<br>                                                         ) | C. A. No. 05-10289 MLW |

## PLAINTIFF'S DISCLOSURE STATEMENT
## PURSUANT TO F.R.C.P. 26 (a)(1)

Pursuant to Federal Rules of Civil Procedure 26 (a) (1) and Local Rule 26.2 (A), Plaintiff makes the following initial disclosures:

A)   Auditor, Cynthia Whitford, and Administrator, Gregory Sarno of the Massachusetts Health and Welfare, Pension, and Annuity Funds ("the Funds") are likely to have information relevant to the calculation of contributions owed by Defendants to the Funds. The business address and phone number for these witnesses is 645 Morrissey Boulevard Boston, MA 02122-3569, (617) 436-5500.

Co-Chair of the Board of Trustees of the Funds and President/Secretary Treasurer of the International Union of Bricklayers and Allied Craftsmen, Local 3 has information concerning the obligation of Defendant Uni-Con Floors Inc. to make contributions to the Funds under its collective bargaining agreement with Local 3. The Business address and phone number is Bricklayers Local 3, 550 Medford Street Charlestown, MA 02129, (617) 242-5500.

  B)  The relevant documents, all of which are available for copying at the office of the undersigned upon request are as follows:

    Settlement Agreement dated September 12, 2004.
    Guarantee of John Pacheco dated September 12, 2004
    The 2001 Tile Marble Terrazzo Independent Agreement between Uni-Con Floors, Inc. and Local 3
    The 1999 Collective Bargaining Agreements between the Marble, Tile and Terrazzo Contractors of Boston, MA and the Bricklayers and Allied Craftsmen, Local 3 Boston and the Marble, Tile and Terrazzo Contractors of Boston, MA and the Bricklayers and Allied Craftsmen, Local 18
    The Agreements and Declarations of Trust of the Funds

  C)  A computation of damages claimed by the Fund to date is as follows:

| | |
|---|---|
| Contributions through July '04 | $51,657.91 |
| Contributions for Jordan's Furniture Project | $ 4,440.00 |
| Underpayments | $ 3,131.63 |
| Interest and Liquidated damages through 3/15/05 to 9/14/05 | $ 6,506.07 |
| Attorney's fees and costs to date | $ 8,268.96 |

Documentation regarding the calculation of such damages is available upon request to the undersigned. Damages for additional contributions not covered by the settlement agreement are alleged as owed but cannot be calculated at this time as these amounts have not been reported to the Funds.

  D)  Plaintiff knows of no insurance agreements.

Plaintiff reserves the right to amend this statement.

Dated: September 7, 2005    Respectfully submitted,

              Catherine M. Campbell, BBO# 549397
              Feinberg, Charnas, Campbell & Zack, P.C.
              177 Milk Street
              Boston, MA  02109
              (617) 338-1976

              /S/ Catherine M. Campbell
              Attorney for Plaintiff, Charles Langone

<u>Certificate of Service</u>

     I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to John E. Zajac, Esq., Carmichael & Zajac, P.C., 170 High Street, Taunton, MA 02780.

                      <u>/S/ Catherine M. Campbell</u>
                      Catherine M. Campbell