UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE ) <br> of the MASSACHUSETTS BRICKLAYERS ) <br> AND MASONS HEALTH AND WELFARE, ) <br> PENSION AND ANNUITY FUNDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNI-CON FLOOR, INC. and JOHN PACHECO ) <br> ) <br> Defendants. ) <br> ) | C. A. No. 05-10289 MLW |

**PLAINTIFF'S PROPOSED PRETRIAL SCHEDULE**

Pursuant to the Notice of Scheduling Conference issued by this Court, Plaintiff's counsel emailed Defendant's counsel this proposed pretrial schedule on August 24, 2005 and faxed the same on August 31, 2005. On September 6, 2005 the undersigned faxed a letter requesting a conference and, on September 7, left a telephone message with Defendant's counsel regarding the filing of the statement. As of this date, Defendant's counsel has not responded. Therefore, Plaintiff proposes the following schedule.

1. All discovery shall be completed by February 1, 2006.

2. Parties shall file any and all Rule 56 Motions for either partial or total summary judgment by April 3, 2006.

3. Plaintiff declines at this time to consent to a trial by magistrate.

For the Plaintiff,
CHARLES LANGONE, as FUND MANAGER
TRUCKING INDUSTRY PENSION FUND,

By his Attorney,

/s/ Catherine Campbell
Catherine M. Campbell
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Dated: September 8, 2005