UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES RASO | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 05-10289-JGD |
| UNI-CON FLOOR INC. and | ) | |
| JOHN PACHECO | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

September 15, 2005

DEIN, U.S.M.J.

After a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. Fact discovery shall be completed by **February 1, 2006.**

2. Parties shall file any and all Rule 56 Motions for either partial or total summary judgement by **April 3, 2006.**

3. The next status conference is scheduled for **Wednesday, February 8, 2006, at 2:30 P.M.** At that time, the parties shall be prepared to discuss:

    1. The status of the case
    2. Scheduling for the remainder of the case through trial
    3. The use of an ADR program

4. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph three (3) above. The parties should indicate if an agreement has been reached to use ADR. The respective positions of each party do not have to be identified.

/s/ Judith Gail Dein
_____
Judith Gail Dein
United States Magistrate Judge