UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES RASO | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 05-10289-JGD |
| | ) | |
| UNI-CON FLOOR INC. and | ) | |
| JOHN PACHEO | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

February 8, 2006

After a status conference held today pursuant to Fed. R. Civ. P. 16(a), it is hereby

ORDERED as follows:

1. The parties are attempting to resolve this matter. If the remaining issues are not resolved, the parties shall submit their position as to whether to proceed to trial by affidavit or witnesses in a joint status report to be filed by **March 8, 2006.** The parties shall include a proposed schedule for the remainder of the case.

       / s / Judith Gail Dein
       Judith Gail Dein
       United States Magistrate Judge