UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>               Plaintiff,<br><br>v.<br><br>UNI-CON FLOOR, INC. and JOHN PACHECO<br>               Defendants. | C. A. No. 05-10289 MLW |

## JOINT STATUS REPORT

The parties in the above action state that settlement negotiations are ongoing. Additional time is needed to resolve this matter. The parties agree to report the status of the case to the Court by March 15, 2006.

| | |
|---|---|
| For the Plaintiff,<br>CHARLES LANGONE, as FUND MANAGER<br>TRUCKING INDUSTRY PENSION FUND,<br>By his Attorney, | For the Defendants,<br>UNI-CON FLOORS, INC. and<br>JOHN PACHECO<br>By their attorney, |
| /s/ Catherine Campbell<br>Catherine M. Campbell, Esq.<br>BBO# 549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976 | /S/ John Zajac<br>John Zajac, Esq.<br>BBO# 560195<br>Carmichael & Zajac, P.C.<br>170 High Street<br>Taunton, MA 02780<br>(508) 821-2552 |
| Dated: March 8, 2006 | Dated: March 8, 2006 |