UNITED STATES DISTRICT COURT
DISTRICT MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE )<br>of the MASSACHUSETTS BRICKLAYERS )<br>AND MASONS HEALTH AND WELFARE, )<br>PENSION AND ANNUITY FUNDS, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>UNI-CON FLOOR, INC. and JOHN PACHECO )<br>　　　　　　　　Defendants. )| C. A. No. 05-10289 MLW |

## PLAINTIFF'S STATUS REPORT

The parties in the above action have been unable to resolve the matter and request a trial date. Plaintiff anticipates that the trial can be conducted by Affidavit.

Dated: March 15, 2006　　　　　　　　For the Plaintiff,
　　　　　　　　　　　　　　　　　　CHARLES LANGONE, as FUND MANAGER
　　　　　　　　　　　　　　　　　　TRUCKING INDUSTRY PENSION FUND,
　　　　　　　　　　　　　　　　　　By his Attorney,

　　　　　　　　　　　　　　　　　　/s/ Catherine Campbell_
　　　　　　　　　　　　　　　　　　Catherine M. Campbell, Esq.
　　　　　　　　　　　　　　　　　　BBO# 549397
　　　　　　　　　　　　　　　　　　Feinberg, Campbell & Zack, P.C.
　　　　　　　　　　　　　　　　　　177 Milk Street
　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　(617) 338-1976

### Certificate of Service

I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within documents by first class mail, postage prepaid, to John E. Zajac, Esq., Carmichael & Zajac, P.C., 170 High Street, Taunton, MA 02780.

Dated: March 15, 2006　　　　　　　　/S/ Catherine M. Campbell
　　　　　　　　　　　　　　　　　　Catherine M. Campbell