UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RASO, TRUSTEE<br>of the MASSACHUSETTS BRICKLAYERS<br>AND MASONS HEALTH AND WELFARE,<br>PENSION AND ANNUITY FUNDS,<br><br>               Plaintiff,<br><br>v.<br><br>UNI-CON FLOOR, INC. and JOHN PACHECO<br><br>               Defendants. | C. A. No. 05-10289 MLW |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), as the Plaintiff and Defendants have settled the above-captioned matter, the parties hereby stipulate to dismiss the above referenced complaint with prejudice with the exception that the Funds reserve the right to audit the payroll records of Defendant Uni-Con and to pursue collection of additional contributions that may be owed in accordance with such audit.

| For the Plaintiff, | For the Defendants, |
|---|---|
| CHARLES RASO, TRUSTEE of the<br>MASSACHUSETTS BRICKLAYERS AND<br>MASONS HEALTH AND WELFARE, PENSION<br>AND ANNUITY FUNDS<br>By his Attorney, | UNI-CON FLOORS, INC.<br>and JOHN PACHECO<br><br>By their attorney, |
| /s/ Catherine Campbell<br>Catherine M. Campbell, Esq.<br>BBO# 549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109<br>(617) 338-1976<br>Dated: April 11, 2006 | /s/ John Zajac<br>John Zajac, Esq.<br>BBO# 560195<br>Carmichael & Zajac, P.C.<br>170 High Street<br>Taunton, MA 02780<br>(508) 821-2552<br>Dated: April 11, 2006 |